UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA GOLDSTEIN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF SAUSALITO, et al.,<br><br>　　　　Defendants. | Case No. 13-cv-01925-JCS<br><br>**CLERK'S NOTICE VACATING CASE MANAGEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the parties to this matter have advised the Court that they have agreed to a settlement. Therefore, you are hereby notified that the further case management conference set for **December 13, 2013, at 10:30 a.m.**, before the Honorable Joseph C. Spero is VACATED.

Dated: December 13, 2013

　　　　　　　　　　　　　　　　　　　　Richard W. Wieking
　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　　By: /s/ Karen L. Hom
　　　　　　　　　　　　　　　　　　　　Karen Hom, Deputy Clerk