1  JEFFREY A. WALTER, CBN 63626
   JOHN A. ABACI, CBN 166493
2  WALTER & PISTOLE
   670 West Napa Street, Suite "F"
3  Sonoma, CA 95476
   Telephone: (707) 996-9690
4  Fax: (707) 996-9603

5  Attorneys for Defendant, City of Sausalito

6

7

8                      UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF  CALIFORNIA

10

11

12 TERESA GOLDSTEIN,                    **CASE NO. 13-1925 JCS**

            Plaintiff,                  **NOTICE OF EXECUTION BY CITY'S**
13                                      **AUTHORIZED REPRESENTATIVES**
       vs.                              **OF STIPULATION FOR COMPROMISE**
14                                      **SETTLEMENT AND RELEASE**
   CITY OF SAUSALITO, UNITED STATES
15 OF AMERICA,

16            Defendants.
                                    /
17

18      NOTICE IS HEREBY GIVEN to all parties that the City's authorized representatives have

19 each and all executed the Stipulation for Compromise Settlement and Release and Order (hereafter

20 "Order") as stated in Section 17 of the Order entered by the Court on December 16, 2013.  The

21 authorized representatives' signatures are attached hereto as Exhibit "1".

22 Dated: January 10, 2014               WALTER & PISTOLE

23
                                By:  _____
24                                    John A. Abaci, Attorneys for Defendant,
                                     City of Sausalito
25

26

27

28

---

**CITY OF SAUSALITO'S NOTICE OF EXECUTION OF STIPULATION AND ORDER**

# EXHIBIT 1

1  DATED:  December 12, 2013                    /S/
                                          John A. Abaci
2                                         Attorneys for Defendant City

3

4       PURSUANT TO STIPULATION, IT IS SO ORDERED.

5  DATED:  _____

6                                         HON. JOSEPH C. SPERO
                                          United States District Court Magistrate Judge
7

8              [CITY'S AUTHORIZED REPRESENTATIVES' SIGNATURES BELOW]

9

10  DATED: December ___, 2013

11                                         _____
                                          Adam Politzer
12                                         City Manager

13  DATED: December __, 2013

14                                         _____
                                          Mary Wagner
15                                         City Attorney

16  DATED: December 1__, 2013              _____
                                          Alex Davis
17                                         Senior Liability Claims Adjuster

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR COMPROMISE SETTLEMENT AND RELEASE AND [PROPOSED] ORDER
CASE NO. 13-1925 JCS

1   DATED:  December 12, 2013        /S/

2                                John A. Abaci
                                Attorneys for Defendant City

3

4     PURSUANT TO STIPULATION, IT IS SO ORDERED.

5   DATED:  _____

6                             HON. JOSEPH C. SPERO
                             United States District Court Magistrate Judge

7

8             [CITY'S AUTHORIZED REPRESENTATIVES' SIGNATURES BELOW]

9

10   DATED: December 30 , 2013           _____

11                             Adam Politzer
                           City Manager

12

13   DATED: December 30, 2013           _____

14                           Mary Wagner
                           City Attorney

15

16   DATED: December___, 2013           _____

17                           Alex Davis
                           Senior Liability Claims Adjuster

18

19

20

21

22

23

24

25

26

27

28

STIPULATION FOR COMPROMISE SETTLEMENT AND RELEASE AND [PROPOSED] ORDER
CASE NO. 13-1925 JCS