Matthew N. White (SBN 088336)
**MONTY WHITE LLP**
Courthouse Square, Suite 425
1000 Fourth Street
San Rafael, CA 94901-3182
Telephone: 415-453-1010
Facsimile: 888-831-5842
Email: mwhite@montywhitelaw.com

**Attorneys for Plaintiff TERESA GOLDSTEIN**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TERESA GOLDSTEIN,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SAUSALITO, UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 13-01925 JCS<br><br>**DISMISSAL WITH PREJUDICE PURSUANT TO SETTLEMENT** |

Plaintiff TERESA GOLDSTEIN and defendants CITY OF SAUSALITO, and UNITED STATES OF AMERICA, through their attorneys of record, hereby stipulate and agree that the above-referenced action is voluntarily dismissed with prejudice in its entirety pursuant to Federal Rules of Civil Procedure, Rule 41(a), and pursuant to the Stipulation for Compromise Settlement and Release and Order, Document 22, filed December 16, 2013, in this action.

Dated: February 25, 2014.

MONTY WHITE LLP
By: Matthew N. White
Attorneys for Plaintiff
TERESA GOLDSTEIN

1
2
3
4  Dated: December _____, 2013.          *See duplicate pg. 2 - attached*
5                                          WALTER & PISTOLE
                                           By: John A. Abaci
6                                          Attorneys for Defendant
                                           CITY OF SAUSALITO
7
8
9
10 Dated: December __18__, 2013.           _____
11                                         U.S. ATTORNEY'S OFFICE
                                           By: James A. Scharf
12                                         Attorneys for Defendant
                                           UNITED STATES OF AMERICA
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

```
 1
 2
 3                    January        4
 4   Dated: December   14  , 2013.         _____
                                            WALTER & PISTOLE
 5                                          By: John A. Abaci
                                            Attorneys for Defendant
 6                                          CITY OF SAUSALITO
 7
 8
 9
10   Dated: December _____, 2013.          See duplicate pg. 2 - attached
11                                         _____
                                            U.S. ATTORNEY'S OFFICE
12                                          By: James A. Scharf
                                            Attorneys for Defendant
13                                          UNITED STATES OF AMERICA
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```